IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ENCODITECH LLC, | ) |
|       Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 6:16-cv-00925-RWS-JDL ) |
| LVMH WATCH & JEWELRY USA, INC., | ) **JURY TRIAL DEMANDED** ) |
|       Defendant. | ) ) |

# FINAL JUDGMENT

Pursuant to Plaintiff's Motion for Voluntary Dismissal, the Court hereby enters Final Judgment in the above matter.

IT IS HEREBY ORDERED that the above-entitled and numbered cause of action is DISMISSED WITH PREJUDICE. All costs are to be borne by the party incurring same.

All motions by either party not previously ruled on are hereby denied.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 15th day of September, 2016.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE